IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GARY L. SMITH                                                    PETITIONER

    V.                    Civil No. 13-2245

STATE OF ARKANSAS                                                RESPONDENT

### O R D E R

On this 23rd day of January 2014, there comes on for consideration the report and recommendation filed in this case on December 5, 2013, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 5). Also before the Court are Petitioner's objections to the report and recommendation. (Docs. 7-8).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Petitioner's 28 U.S.C. § 2254 petition is hereby DISMISSED WITH PREJUDICE as Petitioner is not in the custody of the State of Arkansas as required for habeas relief. Further, Petitioner is barred by the one year statute of limitations set forth by 28 U.S.C. § 2244(d)(1).

IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge